| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| JAMES L. RAINWATER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:09-CV-331 |
| | § | |
| 21st MORTGAGE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to General Order 05-07, entered on April 22, 2009.  The court has received and considered the report of the United States magistrate judge, who recommends that the court dismiss this action *sua sponte* for lack of subject-matter jurisdiction based on the *Rooker-Feldman* doctrine, or, alternatively, grant defendant's motion to dismiss, construed as a motion for summary judgment, because there is no genuine issue as to any material fact relating to defendant's affirmative defense of *res judicata* and defendant is entitled to judgment as a matter of law.  No objections have been filed.

The magistrate judge's report is hereby **ADOPTED** and defendant's motion to dismiss [Docket No. 7], construed as a motion for summary judgment, is **GRANTED**.  It is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.  It is further

**ORDERED** that all pending motions are **DENIED** as moot.

Final Judgment will be entered separately.

SIGNED at Beaumont, Texas, this 29th day of March, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE