UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JAMES L. RAINWATER, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:09-CV-331 |
| § | |
| 21st MORTGAGE CORPORATION, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Having adopted the magistrate judge's report and recommendation, it is

**ORDERED**, **ADJUDGED** and **DECREED** that all claims asserted against the above defendant are **DISMISSED** with prejudice, and with all parties to pay their own costs of court.

SIGNED at Beaumont, Texas, this 29th day of March, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE